UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>EMMA ARMSTRONG,<br><br>            Defendant. | 2:16-po-00266-DB<br><br>[Proposed] ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE:  December 20, 2016<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Deborah Barnes |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00266-DB without prejudice is GRANTED.

    It is further ordered that the Status Conference scheduled on December 20, 2016, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated:  December 8, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE